IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| L.S. as mother and natural guardian of D.S., a minor,<br>    **Plaintiff** | No. 3:22cv234<br><br>(Judge Munley) |
| v. | |
| HANOVER AREA SCHOOL DISTRICT, NATHAN BARRETT, DAPHNE PUGH, JESSICA RAMAGLI, and MARY FARRELL,<br>    **Defendants** | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 30th day of January 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED**:

1) Defendants' motion for summary judgment, (Doc. 70), is **GRANTED** in part and **DENIED** in part;

2) Defendants' motion is **GRANTED** as follows:

 a. As to plaintiff's claims against Defendant Hanover Area School District under 42 U.S.C. § 1983 for violation of the Equal Protection Clause in Count Four of the amended complaint, the motion is **GRANTED** with respect to a disparate treatment theory of liability, but **DENIED** with respect to the hostile educational environment theory of liability;

    **b.** As to plaintiff's claims against Defendants Nathan Barrett and Daphne Pugh under 42 U.S.C. § 1983 for violation of the Equal Protection Clause in Count Four of the amended complaint, the motion is **GRANTED** based upon the principles of qualified immunity;

    **c.** As to plaintiff's claims against Defendant Hanover Area School District under 42 U.S.C. § 1983 in Count Five of the amended complaint based upon a failure to train, the motion is **GRANTED**.

3) The motion is otherwise **DENIED** and the following claims will proceed to trial;

    **a.** Plaintiff's Title IX and negligence claims against Hanover Area in Counts One, Two, and Three of the amended complaint;

    **b.** Plaintiff's Section 1983 claim against Hanover Area in Count Four for a hostile educational environment;

    **c.** Plaintiff's negligence claims against Defendants Jessica Ramagli and Mary Farrell in Count Three;

4) The Clerk of Court is directed to enter judgment in favor of Hanover Area and against plaintiff on the portion of Count Four of the amended complaint discussed above and on Count Five;

5) The Clerk of Court is directed to enter judgment in favor of Defendants Barrett and Pugh and against plaintiff on Count Four of the amended complaint and terminate them as defendants in this action;

6) A pretrial conference will be scheduled by way of separate order; and

7) On or before **February 18, 2026**, the parties shall file a joint status report regarding whether a settlement conference with a United States Magistrate Judge would be productive;

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court